# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

148184

LEE SCHOLMA, Trustee of the SENA
SCHOLMA TRUST, and DAVID MORREN,
     Plaintiffs-Appellants,

v

OTTAWA COUNTY ROAD COMMISSION,
     Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148184
COA: 308486
Ottawa CC: 11-002387-CZ

On order of the Court, the application for leave to appeal the October 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



Clerk

t1020